UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  **INDICTMENT**

    - v. -  :  05 Cr.

ROBERT E. McDONALD,
   a/k/a "Ronnie McDonald,"  :  **05CRIM. 346**

             Defendant.  :

- - - - - - - - - - - - - - - - - X

*JUDGE STEIN*

COUNT ONE

The Grand Jury charges:

From in or about at least February 2005 until in or about March 2005, in the Southern District of New York and elsewhere, ROBERT E. McDONALD, a/k/a, "Ronnie McDonald," the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, and sounds for the purpose of executing such scheme and artifice, to wit, McDONALD knowingly submitted fraudulent credit card

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 1 2005

applications via facsimile transmissions and electronic mail messages in order to obtain credit cards, including facsimile transmissions sent between states, and attempted to obtain these credit cards in Manhattan.

(Title 18, United States Code, Section 1343.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

ROBERT E. McDONALD
a/k/a "Ronnie McDonald"

Defendant.

## INDICTMENT

05 Cr.

18 U.S.C. § 1343

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

_____
Foreperson.

3/31/05 Fld Ind Rpt 11-1-87 This case is Assigned to Judge Stein for all purposes

Mag Judge Dolinger